# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**GABRIEL A. TORRES ACEVEDO,**<br><br>**Defendant.** | INDICTMENT<br><br>Criminal No. 24-096 (GMM)<br><br>Violations:<br>21 U.S.C. § 841(a)(1)<br><br>ONE COUNT |

**THE GRAND JURY CHARGES:**

### COUNT ONE
Possession with Intent to Distribute
21 U.S.C. § 841(a)(1)

On or about February 21, 2024, and within the jurisdiction of this Court, the defendant,

**GABRIEL A. TORRES ACEVEDO,**

did knowingly and intentionally possess with intent to distribute controlled substances, to wit: a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance. All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### NARCOTICS FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 *United States Code* Section 853. Pursuant to 21 *United States Code* Section 853, upon conviction of the offense in violation of 21 *United States Code* Section 841(a)(1), set forth in Count One of this Indictment, the defendant, Gabriel A. Torres Acevedo, shall

forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

If any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

TRUE BILL

FOREPERSON

Date: 3/13/2024

W. STEPHEN MULDROW
United States Attorney

_____
Jonathan L. Gottfried
Assistant United States Attorney
Chief, Violent Crimes and
National Security Division

_____
Luis Rivera-Méndez
Special Assistant United States Attorney